IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL DANCY, JR.,                          1:07-cv-00716-OWW-SMS PC

      Plaintiff,

  vs.                                    ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
A. K. SCRIBNER, et al.,                     **OR**  FILING FEE

      Defendants.
_____/

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

      2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 23, 2007**          _____/s/ Sandra M. Snyder_____
                                    UNITED STATES MAGISTRATE JUDGE