IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR.,<br><br>              Plaintiff,<br>       vs.<br><br>A. K. SCRIBNER, et al.,<br><br>              Defendants. | 1:07-cv-00716-OWW-SMS PC<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE (Docs. 5 and 6)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT (Doc. 4) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 23, 2007, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee. On June 21, 2007, plaintiff filed a motion seeking an extension of time to comply, and on June 25, 2007, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

1

1  See 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit a new application to
2  proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the
3  $350.00 filing fee.
4       Accordingly, IT IS HEREBY ORDERED that:
5      1.    Plaintiff's motion for an extension of time is DENIED as moot.
6      2.    The Clerk's Office shall send to plaintiff the form for application to proceed in
7          forma pauperis.
8      3.    Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a
9          completed application to proceed in forma pauperis and an original certified copy
10         of his prison trust account statement for the six month period immediately
11         preceding the filing of the complaint, or in the alternative, pay the $350.00 filing
12         fee for this action. Failure to comply with this order will result in a
13         recommendation that this action be dismissed.
14
15 IT IS SO ORDERED.
16 **Dated:   July 26, 2007**                              /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE