IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., | 1:07-cv-00716-OWW-SMS PC |
|       Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
|    vs. | |
| A.K. SCRIBNER, et al., | (DOCUMENT #13) |
|       Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

On September 27, 2007, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:    October 15, 2007**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE