IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., | 1:07-cv-00716 OWW-SMS (PC) |
|     Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
|     vs. | |
| A.K. SCRIBNER, et al., | (DOCUMENT #15) |
|     Defendants. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2007, plaintiff filed a motion to extend time to file first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file first amended complaint.

IT IS SO ORDERED.

**Dated: December 4, 2007**              /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE