# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMUEL DANCY, JR.,

Plaintiff,

v.

A. K. SCRIBNER, et al.,

Defendants.

/

CASE NO. 1:07-cv-00716-OWW-SMS PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING MOTION FOR COUNSEL AND SPECIAL MASTER, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS

(Docs. 17 and 18)

ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS

Plaintiff Samuel Dancy, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 11, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on September 15, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 11, 2008, is adopted in full;

2. Plaintiff's motion for the appointment of counsel and a special master is denied;

3. This action shall proceed on Plaintiff's amended complaint, filed December 3, 2007, against Defendants Thompson, Smith, Posner, Reynolds, Gage, and Hasadsri for violation of the Eighth Amendment;

4. The claims against Defendants Sanchez and Grannis are dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983;

5. Plaintiff's claims for declaratory and injunctive relief are dismissed, and this action proceed as one for damages only; and

6. This matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

**Dated: September 19, 2008**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE