IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAMUEL DANCY, JR., | 1:07-CV-0716 OWW SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT HASADSRI'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |
| | (Document #27) |

Defendant Hasadsri's motion for an extension of time to respond to Plaintiff's First Amended Complaint was considered by this Court, and good cause appearing,

Defendant Hasadsri is granted thirty days, to and including February 11, 2009, to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

**Dated:   January 9, 2009**             /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1