# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., | CASE NO. 1:07-cv-00716-OWW-SMS PC |
|     Plaintiff, | ORDER REQUIRING PLAINTIFF TO PROVIDE FURTHER INFORMATION ON |
|     v. | DEFENDANTS GAGE AND THOMPSON |
| A. K. SCRIBNER, et al., | (Docs. 31 and 38) |
|     Defendants. | |

Plaintiff Samuel Dancy, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant on May 15, 2007. On November 7, 2008, the United States Marshal was directed to initiate service of process on six defendants. Four of the five of the defendants waived service of summons, but the Marshal was unable to locate Defendants Gage and Thompson.

Within **thirty (30) days** from the date of service of this order, Plaintiff **SHALL** provide further information on Defendants Gage and Thompson, preferably in the form of a medical record or other document that bears their full names or at a least a first initial. Absent further identifying information, the Court cannot direct the Marshal to re-attempt service and the defendants are subject to dismissal. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:    June 30, 2009                 /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE