1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SAMUEL DANCY, JR.,                              CASE NO. 1:07-cv-00716-OWW-SMS PC

               Plaintiff,          ORDER REQUIRING DEFENDANT
                                               REYNOLDS TO RESPOND TO AMENDED
   v.                                       COMPLAINT WITHIN FIFTEEN DAYS OR
                                               DEFAULT WILL BE ENTERED
A. K. SCRIBNER, et al.,
                                               (Doc. 33)
             Defendants.
_____/

      On January 30, 2009, Defendant Reynolds, through the Attorney General's Office, filed a notice of waiver of service.  The Attorney General's Office filed an answer on behalf of Defendants Hasadsri, Posner, and Smith on February 6, 2009, but neglected to do so on Reynolds' behalf.

      Defendant Reynolds is **HEREBY ORDERED** to file a response to Plaintiff's amended complaint within **fifteen (15) days** or default will be entered against him.  Fed. R. Civ. P. 55(a).

IT IS SO ORDERED.

**Dated:**   **June 30, 2009**              **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE