1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  SAMUEL DANCY, JR.,                          CASE NO. 1:07-cv-00716-OWW-SMS PC

10              Plaintiff,                      ORDER EXTENDING APPLICATION OF
                                               DISCOVERY AND SCHEDULING ORDER
11      v.                                     TO DEFENDANT REYNOLDS

12  A. K. SCRIBNER, et al.,                    (Doc. 35)

13              Defendants.                     Amended Unenumerated Rule 12(b)
                                               Motion Deadline:  08/03/2009
14  _____/

15
16          On June 30, 2009, Defendant Reynolds joined in the answer filed by Defendants Hasadsri,

17  Posner, and Smith on February 6, 2009.

18          Accordingly, (1) application of the discovery and scheduling order filed on March 13, 2009,

19  is HEREBY EXTENDED to Defendant Reynolds, and (2) the unenumerated Rule 12(b) motion

20  deadline set in that order is EXTENDED to **August 3, 2009**, as to Defendant Reynolds.

21
22  IT IS SO ORDERED.

    **Dated:    July 1, 2009**                    _____/s/ Sandra M. Snyder_____
23                                                 UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28