# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., | CASE NO. 1:07-cv-00716-OWW-SMS PC |
| Plaintiff, | ORDER DISMISSING DEFENDANT THOMPSON FROM ACTION PURSUANT TO RULE 4(M) |
| v. | |
| A. K. SCRIBNER, et al., | (Doc. 55) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Samuel Dancy, Jr., a state prisoner proceeding pro se and in forma pauperis. This action is proceeding on Plaintiff's amended complaint, filed December 3, 2007, against Defendants Thompson, Smith, Posner, Reynolds, Gage, and Hasadsri for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

The United States Marshal was unable to locate and serve Defendants Thompson and Gage, and on July 29, 2009, Plaintiff filed a motion seeking leave to file a second amended complaint substituting Defendant Johnston for Defendant Thompson and submitted a proposed second amended complaint. On October 28, 2009, the Court struck Plaintiff's second amended complaint because it was unsigned, and denied Plaintiff's motion to amend, without prejudice to renewal within thirty days. Local Rule 131; Fed. R. Civ. P. 11(a). The Court warned Plaintiff that he if failed to renew his motion to amend and submit a signed second amended complaint, Defendant Thompson would be dismissed from this action. Fed. R. Civ. P. 4(m).

///

1

More than thirty days have passed and Plaintiff did not file a renewed motion to amend or submit a signed second amended complaint. Accordingly, Defendant Thompson is HEREBY ORDERED DISMISSED from this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: February 2, 2010            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE