IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, | Case No. 1:07-cv-00716 OWW JLT (PC) |
| Plaintiff, | |
| vs. | ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM |
| A.K. SCRIBNER, et al., | |
| Defendants. | FIFTEEN-DAY DEADLINE |
| _____/ | |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

The parties to this action shall each, no later than fifteen (15) days from the date of the order, submit confidential statements as described below. Such statements shall be limited to five (5) pages and shall include the following:

1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

2) whether there is a substantial likelihood that a settlement conference would achieve settlement of the case;

3) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

4) any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for settlement conference before a Magistrate Judge or District Judge.

The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential."

> ADR Division, Attention: Sujean Park
> US District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814
> Fax: (916) 491-3912
> email: spark@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **February 17, 2011**              /s/ **Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE