IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY,<br><br>    Plaintiff,<br><br>    vs.<br><br>A.K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:07-cv-00716 OWW JLT (PC)<br><br>ORDER REGARDING PLAINTIFF'S PRETRIAL STATEMENT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SEND PLAINTIFF A COPY OF LOCAL RULE 281<br><br>(Doc. 86) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed March 31, 2011, the Court instructed Plaintiff to file a pretrial statement in accordance with Local Rule 281.  (Doc. 83.)  On April 29, 2011, Plaintiff filed a document that appears to be Plaintiff's pretrial statement.  (Doc. 88.)  However, the document appears to lack information asked for by Local Rule 281, such as a list of exhibits or discovery documents that Plaintiff anticipates offering at trial.  **Plaintiff is advised that unless he lists the evidence that he intends to offer at trial, the evidence will not be admitted unless the parties stipulate or upon showing that this order should be modified to prevent "manifest injustice."**  Fed. R. Civ. P. 16(e).  See also Local Rule 281(b)(11).  Therefore, the Court will afford Plaintiff an opportunity to provide this information, if he chooses, in an amended pretrial statement.

///

///

1

1   Accordingly, it is **HEREBY ORDERED** that:

2   1.   Plaintiff may file an amended pretrial statement within **fourteen (14) days** of the date
3        of this order; and
4   2.   The Clerk of the Court is directed to send Plaintiff a copy of Local Rule 281.

6   IT IS SO ORDERED.

7   Dated:   **June 27, 2011**                                   /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE