IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., | Case No. 1:07-cv-00716 OWW JLT (PC) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| vs. | (Doc. 93) |
| A.K. SCRIBNER, et al., | |
| Defendants. | |
| _____ / | |

On July 14, 2011, the Court issued a writ of habeas corpus ad testificandum for Plaintiff to be transported to this Court and to appear for jury trial on September 13, 2011. (Doc. 93.) Jury trial in this case has since been rescheduled for February 7, 2012. Accordingly, it is **HEREBY ORDERED** that the writ of habeas corpus ad testificandum issued July 14, 2011 (Doc. 93.) is **VACATED**.

IT IS SO ORDERED.

Dated:  **September 12, 2011**                              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE