1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11
12

**SAMUEL DANCY, JR.,**                          **1:07-cv-0716 AWI JLT PC**

13                          **Plaintiff,**        **ORDER REQUIRING DEFENDANTS TO NOTIFY THE COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN FIVE DAYS**

14        **v.**

15   **A. K. SCRIBNER, et al.,**

**ORDER DIRECTING THE CLERK OF COURT TO SEND CONSENT/ FORMS TO DEFENDANTS**

16                          **Defendants.**

17   _____/

18        Plaintiff Samuel Dancy, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial on

20   February 7, 2012.

21        The undersigned hereby advises the parties that a United States Magistrate Judge is available

22   to conduct the trial in this action, including the entry of final judgment, pursuant to 28 U.S.C. § 28

23   U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.   Any appeal from a

24   judgment entered by a United States Magistrate Judge is taken directly to the United States Court

25   of Appeal for the Ninth Circuit.

26        Because of the extraordinarily high case load in the Fresno Division of the Eastern District

27   of California, this court has United States Magistrate Judges conduct trials in civil rights actions

28

1

concerning prison conditions whenever possible.[1]  Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and the trial will not be delayed by other matters.   While consenting to Magistrate Judge Jurisdiction will most likely expedite resolution of this action, you are hereby advised that no adverse substantive consequences will result if you withhold consent.

In this action, Plaintiff has already consented to Magistrate Judge Jurisdiction.   However, it is unclear, at this time, whether Defendants are willing to consent for the purposes of trial.   As such,  The court shall direct the Clerk of the Court to provide Defendants with consent/decline forms.  Within five days from the date of service of this order, Defendants shall inform the court whether they consent to or decline Magistrate Judge Jurisdiction by filling out the form and returning it to the court.

Accordingly, the court HEREBY ORDERS as follows:

1.      The Clerk of the Court is DIRECTED to send Defendants the standard forms that allow them to consent or decline Magistrate Judge Jurisdiction; and

2.      Within **five (5) days** from the date of service of this order, Defendants shall notify the court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms and returning them to the court.

IT IS SO ORDERED.

Dated:    January 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties are forewarned that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation.   While the court will use its best efforts to resolve this and all civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired.