IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> A.K. SCRIBNER, et al., <br><br> Defendants. | Case No.: 1:07-cv-00716 JLT (PC) <br><br> ORDER VACATING WRIT AD TESTIFCANDUM <br><br> (Doc. 128) |

On May 29, 2012, the Court issued a writ of habeas corpus ad testificandum for Plaintiff to be transported to this Court and to appear for jury trial on June 26, 2012. (Doc. 128.) Jury trial in this case has since been rescheduled for August 14, 2012. Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum issued May 29, 2012 (Doc. 128.) is **VACATED**.

IT IS SO ORDERED.

Dated: **June 4, 2012**                              /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE