FILED

AUG 1 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DANCY, JR., | CASE NO. 1:07-cv-00716 JLT (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE SAMUEL DANCY, JR., J-07642, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

The jury trial in this matter concluded on August 14, 2012. Plaintiff inmate Samuel Dancy, Jr., J-07642, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:  August 14, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1